E-FILED
Monday, 02 June, 2008   12:57:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JON ROE MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-3118 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | The Honorable |
| | ) | Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for

DONALD HULICK, Respondent.

I certify that I am admitted to practice in this court.


June 2, 2008                    s/ Dale M. Park
                                DALE M. PARK, Bar # 6280822
                                Assistant Attorney General
                                100 West Randolph Street, 12th Floor
                                Chicago, Illinois 60601-3218
                                PHONE: (312) 814-2197
                                FAX: (312) 814-2253
                                EMAIL: dpark@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JON ROE MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-3118 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | The Honorable |
| | ) | Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2008, I electronically filed respondent's Appearance with the Clerk of the Court using the CM/ECF system; and I certify that on the same day, I mailed by United States mail, the Appearance and a notice to the following non-registered participant: Jon R. Morgan, K60696, Menard Correctional Center, 711 Kaskaskia Street, P.O. Box 711, Menard, IL 62259.

                                              LISA MADIGAN
                                              Attorney General of Illinois

                          By:    s/ Dale M. Park
                                              DALE M. PARK, Bar # 6280822
                                              Assistant Attorney General
                                              100 West Randolph Street, 12th Floor
                                              Chicago, Illinois 60601-3218
                                              PHONE: (312) 814-2197
                                              FAX: (312) 814-2253
                                              EMAIL: dpark@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JON ROE MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-3118 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | The Honorable |
| | ) | Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

      PLEASE TAKE NOTICE that on June 2, 2008, respondent submitted his Appearance for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by United States mail to the following non-CM/ECF participant: Jon R. Morgan, K60696, Menard Correctional Center, 711 Kaskaskia Street, P.O. Box 711, Menard, IL 62259.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us