E-FILED
Monday, 16 June, 2008  10:36:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JON ROE MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-3118 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | The Honorable |
| | ) | Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITION FOR WRIT OF HABEAS CORPUS**

On May 23, 2008, this Court ordered respondent to respond to Jon Roe Morgan's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before June 23, 2008. Respondent requests this Court to grant a 30-day extension of time to July 23, 2008, to file the response. A supporting declaration is attached to this motion.

June 16, 2008                                       Respectfully submitted,

                                                    LISA MADIGAN
                                                    Attorney General of Illinois


                            By:    s/ Dale M. Park
                                   DALE M. PARK, Bar # 6280822
                                   Assistant Attorney General
                                   100 West Randolph Street, 12th Floor
                                   Chicago, Illinois 60601-3218
                                   PHONE: (312) 814-2197
                                   FAX: (312) 814-2253
                                   EMAIL: dpark@atg.state.il.us

## **DECLARATION**

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my first request for an extension of time.

3. I have ordered, but not yet received, all of the state court materials necessary to file an informed and complete response to the instant petition.

4. This extension of time is needed to obtain and review necessary state court documents and, in part, to allow time for supervisors to review the response.

5. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.


June 16, 2008                              s/ Dale M. Park
                                           DALE M. PARK
                                           Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2008, I electronically filed the foregoing **Motion for Extension of Time To Respond To Petition for Writ of Habeas Corpus** with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-registered party:

Jon Roe Morgan, K60696
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

                                                           s/ Dale M. Park
                                                         DALE M. PARK
                                                         Assistant Attorney General