E-FILED
Friday, 18 July, 2008  12:57:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JON ROE MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-3118 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| | ) | The Honorable |
| | ) | Jeanne E. Scott, |
| Respondent. | ) | Judge Presiding. |

**SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

On May 23, 2008, this Court ordered respondent to respond to Jon Roe Morgan's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before June 23, 2008. On June 18, 2008, this Court granted respondent's first motion for an extension of time. (Doc. 4). Respondent's answer is currently due on July 23, 2008. Respondent requests this Court to grant a 21-day extension of time to August 13, 2008, to file the response. A supporting declaration is attached to this motion.

July 18, 2008                                   Respectfully submitted,

                LISA MADIGAN
                Attorney General of Illinois

         By: s/ Dale M. Park
            DALE M. PARK, Bar # 6280822
            Assistant Attorney General
            100 West Randolph Street, 12th Floor
            Chicago, Illinois 60601-3218
            PHONE: (312) 814-2197
            FAX: (312) 814-2253
            EMAIL: dpark@atg.state.il.us

## DECLARATION

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my second request for an extension of time.

3. I have ordered all of the state court materials necessary to file an informed and complete response to the instant petition.

4. Due to a delay in the process of receiving these materials, I only recently received certain state court materials on July 17, 2008, including direct appeal briefs and a non-redacted version of the state appellate court's opinion. However, I have not yet received postconviction appeal briefs that are needed to determine a possible procedural default argument.

5. This extension of time is needed to obtain and review the postconviction appeal briefs and, in part, to allow time for supervisors to review the response.

6. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

7. I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.

| | |
|---|---|
| July 18, 2008 | s/ Dale M. Park<br>DALE M. PARK<br>Assistant Attorney General |

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed the foregoing **Second Motion for Extension of Time To Respond To Petition for Writ of Habeas Corpus** with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-registered party:

Jon Roe Morgan, K60696
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

> LISA MADIGAN
> Attorney General of Illinois
>
> /s/ Dale M. Park
> DALE M. PARK, Bar # 6280822
> Assistant Attorney General
> 100 W. Randolph Street, 12th Floor
> Chicago, Illinois 60601-3218
> PHONE: (312) 814-2197
> FAX: (312) 814-2253
> EMAIL: dpark@atg.state.il.us