E-FILED
Monday, 25 August, 2008  04:06:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
AUG 2 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JON ROE MORGAN, ) | |
|     Petitioner, ) | |
| ) | |
| -vs- ) | No. 08-cv-03118-JES |
| ) | |
| DONALD HULICK, Warden, ) | Honorable Jeanne E. Scott, |
| Menard Correctional Center, ) | Judge Presiding. |
|     Respondent. ) | |

MOTION FOR EXTENSION OF TIME

    Now comes, Petitioner, Jon Roe Morgan, pro-se, pursuant to Rule 5(e) and Rule 11 of the Rules Governing Section 2254 Cases In United States District Courts and Federal Rule Of Civil Procedure 6(b), and request that the Court grant him an Extension Of Time to reply to the State's Answer to his Petition For Writ of Habeas Corpus, up to and including September 23, 2008. In support of this request petitioner states:

    1. Petitioner is presently incarcerated at the Menard Correctional Center, Menard, IL.

    2. Petitioner filed the instance petition for writ of habeas corpus claiming his state court conviction was in violation of his rights under the Constitution Of The United States. This Court order the Respondent to answer the petition. Petitioner

received the State's answer on August 15, 2008.

3. At the time Petitioner received the State's answer the Menard Prison was on a Level 1, lockdown. Menard remains on a Level 4, lockdown at this time.

4. Rule 5(e) of the Rules Governing Section 2254 Cases In United States District Courts require that Petitioner reply to the State's answer within the time set by the court.

5. Because of the Prison lockdown Petitioner has no access to the Law Library or legal research material at this time.

6. Petitioner is proceeding pro-se and has no knowledge of the law or legal procedure. Petitioner was only able to file his 2254 petition and this motion with the assistance of an inmate law clerk.

7. Petitioner request the Court grant him an extension of time and set September 22, 2008, as the due date for the reply to the State's answer to allow time for Menard Prison to lift the lockdown and for Petitioner to have access to the law library research material and to consult with an inmate law clerk.

WHEREFORE, Petitioner, Jon Roe Morgan, pro-se, for all the reasons stated above prays this Honorable Court will grant an extension of time up to and including September 23, 2008, to file his reply to the State's answer in this cause.

Date: 8-20-08

Respectfully submitted,

*Jon R. Morgan*
Jon Roe Morgan

2

Reg. No. K-60696
Menard Correctional Center
P.O. Box 711
Menard, IL 62259

## VERIFICATION

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury that I am the Petitioner in the above captioned cause. That the information contained in this <u>Motion For Extension Of Time</u> is true and correct to the best of my knowledge and belief.

DATE: 8-20-08

*Jon P. Morgan* (signature)
Jon Roe Morgan
Reg. No. K-60696
Menard Correctional Center
P.O. Box 711
Menard, IL 62259