E-FILED
Monday, 25 August, 2008 04:07:22 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JON ROE MORGAN, ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | No. 08-cv-03118-JES |
| ) | |
| DONALD HULICK, Warden, ) | Honorable Jeanne E. Scott, |
| Menard Correctional Center, ) | Judge Presiding. |
| Respondent. ) | |

NOTICE OF FILING / CERTIFICATE OF SERVICE

To: John M. Waters, Clerk
U.S. District Court
Central District of Illinois
Springfield Division
Courthouse- 600 E. Monroe St. Suite 151
Springfield, IL 62701

To: Dale M. Park, Asst. Atty. General
Attorney General of Illinois
100 W. Randolph St.-12th FL
Chicago, IL 60601

PLEASE TAKE NOTICE that on August 20th, 2008, I have mailed the original and two copy of the Motion For Extension Of Time to the clerk of the above court for filing, I have served the attorney for Respondent with one copy, by depositing the copies in the institutional mail of the Menard Correctional Center, addressed as indicated above, with authorization for payment of sufficient first class postage attached.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury that I have placed the documents listed above in the Menard Prison mail system, addressed as indicated, on the date indicated, with money voucher attached for payment of sufficient postage, for mailing through the United States Postal Service. That the information contained on this Notice Of Filing/Certificate Of Service is true and correct to the best of my knowledge and belief.

DATE: 8-20-08

Jon Roe Morgan
Reg. No. K-60696
Menard Correctional Center
P.O. Box 711
Menard, IL 62259